**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Karen**<br>First name<br><br>Middle name<br><br>**Corbin**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3222 | |

Debtor 1  **Karen Corbin**                                          Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☑ I have not used any business name or EINs.

Business name(s)

EIN

☐ I have not used any business name or EINs.

Business name(s)

EIN

**5.** **Where you live**

**1840 Longfellow Court**
**Berkeley, IL 60163**
Number, Street, City, State & ZIP Code

**Cook**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **Karen Corbin**
_____

Case number *(if known)* _____

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

Debtor filed for bankruptcy on December 5, 2011, Northern District of Illinois Case Number 11-48948. Debtor received a discharge, entered by Judge Goldgar on February 8, 2021 (see docket no. 170).

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

- ☑ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **Karen Corbin**                                                    Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No.   Go to Part 4.

☐ Yes.   Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S. C. § 1182(1)?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.

What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1   **Karen Corbin**

Case number *(if known)*

| | |
|---|---|
| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Karen Corbin** _____    Case number *(if known)* _____

| Part 6: | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** **What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts _____

**17.** **Are you filing under Chapter 7?**

☑ **No.**    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ **Yes.**    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18.** **How many Creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** **How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** **How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Karen Corbin** _____
Signature of Debtor 1

_____
Signature of Debtor 2

Executed on _____
MM / DD / YYYY

Executed on _____
MM / DD / YYYY

Debtor 1   **Karen Corbin**                                                    Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

Date _____

Signature of Attorney for Debtor                          MM / DD / YYYY

**Robert R. Benjamin**
Printed name

**Golan Christie Taglia LLP**
Firm name

**70 W. Madison St., Suite 1500**
**Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone   **(312) 263-2300**          Email address   **rrbenjamin@gct.law**

**0170429 IL**
Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Karen Corbin** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**  List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

| | | **Unsecured claim** |
|---|---|---|
| **1** | What is the nature of the claim? | $723,758.47 |

5345 W. Madison St.
Chicago, IL 60644
Cook Cty.
Property consists of
following addresses:
5314 W. Madison St.,
5322 W. Madison St.,
5323 W. Madiso

**VAK M25 Fund, LLC**
**224 East Jericho Turnpike**
**South Huntington, NY 11746**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No

Contact
■ Yes. Total claim (secured and unsecured)   $1,723,788.47
           Value of security:              - $1,000,030.00
Contact phone   Unsecured claim               $723,758.47

**Part 2:**  Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X   /s/ Karen Corbin                         X
     Karen Corbin                                Signature of Debtor 2

Debtor 1    **Karen Corbin**                                    Case number *(if known)*

Signature of Debtor 1

Date    **July  6, 2022**                                    Date

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Karen Corbin** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1.  **Schedule A/B: Property** (Official Form 106A/B)<br>    1a. Copy line 55, Total real estate, from Schedule A/B......................................... | $          3,359,318.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B ............................................ | $          264,430.27 |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................. | $          3,623,748.27 |

### Part 2:    Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>    2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $          2,130,888.42 |
| 3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>    3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $          0.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $          0.00 |
| **Your total liabilities** | $          2,130,888.42 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4.  *Schedule I: Your Income* (Official Form 106I)<br>    Copy your combined monthly income from line 12 of *Schedule I*............................................... | $          24,838.82 |
| 5.  *Schedule J: Your Expenses* (Official Form 106J)<br>    Copy your monthly expenses from line 22c of *Schedule J*........................................... | 20,117.64 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☐ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to

Debtor 1    **Karen Corbin** _____      Case number *(if known)* _____

the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |

9g. **Total.** Add lines 9a through 9f.

$ _____

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Karen Corbin** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1

**1837 Longfellow Court**
Street address, if available, or other description

**Berkeley**         **IL**    **60163-0000**
City                State       ZIP Code

**Cook**
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$521,846.00** | **$521,846.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property (see instructions)

Debtor 1    **Karen Corbin**

Case number *(if known)*

---

**If you own or have more than one, list here:**

1.2

**1840 Longfellow Court**

Street address, if available, or other description

**Berkeley**          **IL**      **60163-0000**

City          State    ZIP Code

**Cook**

County

**What is the property?** Check all that apply

- [x] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$559,242.00** | **$559,242.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- [ ] Check if this is community property (see instructions)

---

**If you own or have more than one, list here:**

1.3

**1841 Longfellow Court**

Street address, if available, or other description

**Berkeley**          **IL**      **60163-0000**

City          State    ZIP Code

**Cook**

County

**What is the property?** Check all that apply

- [x] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$521,500.00** | **$521,500.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- [ ] Check if this is community property (see instructions)

---

Debtor 1    **Karen Corbin**

Case number *(if known)*

**If you own or have more than one, list here:**

1.4

**2609 Spring Hill Drive**

Street address, if available, or other description

**Kissimmee**          **FL**    **34743-0000**

City              State      ZIP Code

**Osceola**

County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$357,600.00** | **$357,600.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.5

**2613 Spring Hill Drive**

Street address, if available, or other description

**Kissimmee**          **FL**    **34743-0000**

City              State      ZIP Code

**Osceola**

County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$399,100.00** | **$399,100.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

Debtor 1    **Karen Corbin**                                                                    Case number *(if known)*

**If you own or have more than one, list here:**

1.6

| | |
|---|---|
| **5345 W. Madison St.** | |
| Street address, if available, or other description | |

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other    **Single Use Commercial**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Chicago** | **IL** | **60644-0000** |
|---|---|---|
| City | State | ZIP Code |

Current value of the entire property?

Current value of the portion you own?

**$1,000,030.00**          **$1,000,030.00**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Beneficiary of First American Bank Trust Number 95-1-6892**

| **Cook** |
|---|
| County |

☐ Check if this is community property (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

Property consists of following addresses: 5314 W. Madison St., 5322 W. Madison St., 5323 W. Madison St., 5333 W. Madison St., 5339 W. Madison St., 5345 W. Madison St.

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................=>    **$3,359,318.00**

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1  Make:    **Lexus**
    Model:   **ES350**
    Year:    **2016**
    Approximate mileage:
    Other information:

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

**$27,600.00**          **$27,600.00**

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>    **$27,600.00**

**Part 3:    Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured

Debtor 1   **Karen Corbin**                                                Case number *(if known)* _____

claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.....

| Household Goods and Furnishings | $3,500.00 |
|---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.....

| Electronics | $1,500.00 |
|---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.....

| Clothes | $300.00 |
|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe.....

| Jewelry | $1,000.00 |
|---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .............................................................................

| $6,300.00 |
|---|

**Part 4:** Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**             **Current value of the portion you own?**

| Debtor 1 | **Karen Corbin** | Case number *(if known)* |
|---|---|---|

|  |  | Do not deduct secured claims or exemptions. |
|---|---|---|

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
☑ Yes..........................................................................................................

| | Cash | $100.00 |
|---|---|---|

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
☑ Yes......................                                    Institution name:

| 17.1. | **Savings x0012** | **Chase** | $32,897.74 |
|---|---|---|---|
| 17.2. | **Checking x2550** | **Chase** | $5,826.43 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☑ No
☐ Yes..................                   Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
☑ Yes.  Give specific information about them...................

| | Name of entity: | % of ownership: | |
|---|---|---|---|
| | **Corbin Colonial Funeral Chapels, Inc.** | **100%** % | $100,000.00 |
| | **Corbin Venture #1 LLC** | **100%** % | $0.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☑ No
☐ Yes. Give specific information about them
                                    Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
☑ Yes. List each account separately.
      Type of account:                   Institution name:

| | **Pension** | **Delta Airlines Retirement Account** | $910.10 |
|---|---|---|---|

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☑ No
☐ Yes. ....................                   Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☑ No
☐ Yes.............   Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

Debtor 1    **Karen Corbin**

Case number *(if known)*

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes............        Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No

☑ Yes.  Give specific information about them...

| Driver's license | $0.00 |
|---|---|

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☐ No

☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| Expected 2021 federal tax refund | Federal | $26,082.00 |
|---|---|---|

| Expected 2021 state tax refund | State | $8,026.00 |
|---|---|---|

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes.  Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **State Farm $100,000 Whole Life** | **Claressa Corbin** | **$56,688.00** |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☐ No

☑ Yes.  Give specific information..

Debtor 1     **Karen Corbin** _____     Case number *(if known)* _____

| Interest of deceased spouse in property. See Cook County probate case no. 2021 P 004236. However, transfers are reflected in Schedule B. | **See schedule B** |
|---|---|

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☑ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☑ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ☑ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................................     **$230,530.27**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☑ No. Go to Part 7.
    ☐ Yes. Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☑ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................     **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ...............................................................................................     **$3,359,318.00**

56. **Part 2: Total vehicles, line 5**     **$27,600.00**
57. **Part 3: Total personal and household items, line 15**     **$6,300.00**
58. **Part 4: Total financial assets, line 36**     **$230,530.27**
59. **Part 5: Total business-related property, line 45**     **$0.00**
60. **Part 6: Total farm- and fishing-related property, line 52**     **$0.00**
61. **Part 7: Total other property not listed, line 54**     +     **$0.00**

62. **Total personal property.** Add lines 56 through 61...     **$264,430.27**     Copy personal property total ▶     **$264,430.27**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62     **$3,623,748.27**

Official Form 106A/B                     Schedule A/B: Property                     page 8

**Fill in this information to identify your case:**

Debtor 1 **Karen Corbin**
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt    **4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

☑ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1840 Longfellow Court Berkeley, IL 60163  Cook County**<br>Line from *Schedule A/B*: **1.2** | $559,242.00 | ☑ $15,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-901 |
| **2016 Lexus ES350**<br>Line from *Schedule A/B*: **3.1** | $27,600.00 | ☑ $2,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(c) |
| **Clothes**<br>Line from *Schedule A/B*: **11.1** | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(a) |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| **Checking x2550: Chase**<br>Line from *Schedule A/B*: **17.2** | $5,826.43 | ☑ $3,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |

Debtor 1    **Karen Corbin**                                                    Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Pension: Delta Airlines Retirement Account** Line from *Schedule A/B*: **21.1** | **$910.10** | ☐    **entire pension** ☑    100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1006** |

3. **Are you claiming a homestead exemption of more than $189,050?**
    (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑  No
    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐  No
        ☐  Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Karen Corbin** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

| 2.1 | **Firstkey Mortgage LLC** | | $147,360.00 | $521,846.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**900 Third Avenue, 5th Floor**
**New York, NY 10022**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**1837 Longfellow Court Berkeley, IL 60163  Cook County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Date debt was incurred | **12/3/2007** | Last 4 digits of account number | **1500** |
|---|---|---|---|

Debtor 1    **Karen Corbin**

First Name        Middle Name        Last Name

Case number (if known) _____

| | | | |
|---|---|---|---|

**2.2**    **New Penn Financial, LLC**    Describe the property that secures the claim:    **$208,820.00**    **$521,500.00**    **$0.00**

Creditor's Name

> **1841 Longfellow Court Berkeley, IL 60163  Cook County**

**55 Beattie Place, Suite 110 MS#001 Greenville, SC 29601**

**As of the date you file, the claim is:** Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
■ Unliquidated
■ Disputed

**Who owes the debt?** Check one.    **Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **2/13/2009**    Last 4 digits of account number    **2175**

---

**2.3**    **State Farm Insurance**    Describe the property that secures the claim:    **$50,919.95**    **$56,688.00**    **$0.00**

Creditor's Name

> **State Farm $100,000 Whole Life Beneficiary: Claressa Corbin**

**PO Box 2364 Bloomington, IL 61702-2364**

**As of the date you file, the claim is:** Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.    **Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    Last 4 digits of account number    **1952**

Debtor 1   **Karen Corbin**

First Name      Middle Name      Last Name      Case number (if known) _____

| 2.4 | **VAK M25 Fund, LLC** | Describe the property that secures the claim: | $1,723,788.47 | $1,000,030.00 | $723,758.47 |
|---|---|---|---|---|---|

Creditor's Name

**5345 W. Madison St. Chicago, IL 60644  Cook County Property consists of following addresses: 5314 W. Madison St., 5322 W. Madison St., 5323 W. Madison St., 5333 W. Madison St., 5339 W. Madison St., 5345 W. Madison St.**

**224 East Jericho Turnpike South Huntington, NY 11746**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

**Date debt was incurred** 4/3/2008      **Last 4 digits of account number** 8614

| Add the dollar value of your entries in Column A on this page. Write that number here: | $2,130,888.42 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $2,130,888.42 |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]    Name, Number, Street, City, State & Zip Code
**FCI Lender Services, Inc.
PO Box 27370
Anaheim, CA 92809-0112**

On which line in Part 1 did you enter the creditor? **2.4**

Last 4 digits of account number **8614**

[ ]    Name, Number, Street, City, State & Zip Code
**McCalla Raymer Liebert Pierce, LLC
1 N. Dearborn St., Suite 1200
Chicago, IL 60602**

On which line in Part 1 did you enter the creditor? **2.4**

Last 4 digits of account number ___

[ ]    Name, Number, Street, City, State & Zip Code
**Select Portfolio Servicing, Inc.
PO Box 65450
Salt Lake City, UT 84165-0450**

On which line in Part 1 did you enter the creditor? **2.1**

Last 4 digits of account number **1500**

[ ]    Name, Number, Street, City, State & Zip Code
**Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826**

On which line in Part 1 did you enter the creditor? **2.2**

Last 4 digits of account number **2175**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Karen Corbin** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**     **List All of Your PRIORITY Unsecured Claims**

1.  Do any creditors have priority unsecured claims against you?

■ No. Go to Part 2.

☐ Yes.

**Part 2:**     **List All of Your NONPRIORITY Unsecured Claims**

3.  Do any creditors have nonpriority unsecured claims against you?

■ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes.

**Part 3:**     **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:**     **Add the Amounts for Each Type of Unsecured Claim**

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ 0.00 |
| | | | | Total Claim |
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 0.00 |
| | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ 0.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Karen Corbin** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 **Corbin Colonial Funeral Chapels Inc**<br>**c/o Daniel Olswang, Registered Agt.**<br>**400 S. Green St., Suite H**<br>**Chicago, IL 60607** | **Non-Residential lease of real property at 5345 W. Madison St., Chicago, IL 60644 for $6,000.00/month through 6/1/2025.** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Karen Corbin** |
| | First Name _____ Middle Name _____ Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name _____ Middle Name _____ Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | _____ |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1  **Angela Corbin** 1840 Longfellow Court Berkeley, IL 60163 | ■ Schedule D, line __2.4__ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **VAK M25 Fund, LLC** |
| 3.2  **Arnell Corbin** 1840 Longfellow Court Berkeley, IL 60163 | ■ Schedule D, line __2.4__ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **VAK M25 Fund, LLC** |
| 3.3  **Bobby Martell Pugh** 1837 Longfellow Court Berkeley, IL 60163 | ■ Schedule D, line __2.4__ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **VAK M25 Fund, LLC** |

Debtor 1   **Karen Corbin**                                                           Case number *(if known)* _____

| | |
|---|---|
| ■ **Additional Page to List More Codebtors** | |
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.4   **Claressa Corbin Randle**
      **1841 Longfellow Court**
      **Berkeley, IL 60163**

■ Schedule D, line ___ **2.4** ___
☐ Schedule E/F, line _____
☐ Schedule G _____
**VAK M25 Fund, LLC**

3.5   **First American Bank**
      **218 W. Main Street**
      **West Dundee, IL 60118**

■ Schedule D, line ___ **2.4** ___
☐ Schedule E/F, line _____
☐ Schedule G _____
**VAK M25 Fund, LLC**

3.6   **Huntington National Bank**
      **41 South High Street**
      **Columbus, OH 43287**

■ Schedule D, line ___ **2.4** ___
☐ Schedule E/F, line _____
☐ Schedule G _____
**VAK M25 Fund, LLC**

3.7   **John Lydon**
      **c/o Gomberg Sharfman P.C.**
      **208 S. LaSalle St., Suite 1410**
      **Chicago, IL 60604**

■ Schedule D, line ___ **2.4** ___
☐ Schedule E/F, line _____
☐ Schedule G _____
**VAK M25 Fund, LLC**

3.8   **Kimberly A. Corbin**
      **687 Meadowdale Dr.**
      **Romeoville, IL 60446**

■ Schedule D, line ___ **2.4** ___
☐ Schedule E/F, line _____
☐ Schedule G _____
**VAK M25 Fund, LLC**

3.9   **Loren Corbin**
      **1840 Longfellow Court**
      **Berkeley, IL 60163**

■ Schedule D, line ___ **2.4** ___
☐ Schedule E/F, line _____
☐ Schedule G _____
**VAK M25 Fund, LLC**

3.10  **Syreeta Corbin**
      **1837 Longfellow Court**
      **Berkeley, IL 60163**

■ Schedule D, line ___ **2.4** ___
☐ Schedule E/F, line _____
☐ Schedule G _____
**VAK M25 Fund, LLC**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Karen Corbin** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:      Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
| Occupation | | **President** | |
| Employer's name | | **Corbin Colonial Funeral Chapels Inc** | |
| Employer's address | | **5345 W. Madison St. Chicago, IL 60644** | |
| How long employed there? | | **38 years** | |

### Part 2:      Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **13,541.67** | $ **N/A** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **N/A** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ **13,541.67** | $ **N/A** |

Debtor 1   **Karen Corbin**                                                                     Case number (*if known*) _____

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here** | 4. | $ | 13,541.67 | $  N/A |

**5. List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $  4,213.27 | $  N/A |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $  0.00 | $  N/A |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $  0.00 | $  N/A |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $  0.00 | $  N/A |
| 5e. | **Insurance** | 5e. | $  0.00 | $  N/A |
| 5f. | **Domestic support obligations** | 5f. | $  0.00 | $  N/A |
| 5g. | **Union dues** | 5g. | $  0.00 | $  N/A |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $  0.00 + | $  N/A |

**6. Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h.  |  6.  |  $  4,213.27  |  $  N/A

**7. Calculate total monthly take-home pay.**  Subtract line 6 from line 4.  |  7.  |  $  9,328.40  |  $  N/A

**8. List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** *See 8h<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $  0.00 | $  N/A |
| 8b. | **Interest and dividends** | 8b. | $  0.00 | $  N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $  0.00 | $  N/A |
| 8d. | **Unemployment compensation** | 8d. | $  0.00 | $  N/A |
| 8e. | **Social Security** | 8e. | $  2,641.60 | $  N/A |
| 8f. | **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $  0.00 | $  N/A |
| 8g. | **Pension or retirement income** | 8g. | $  910.10 | $  N/A |
| 8h. | **Other monthly income.** Specify: **1837 Longfellow mortgage payment from Syreeta & Martel Pugh** | 8h.+ | $  2,769.15 + | $  N/A |
| | **1841 Longfellow mortgage payment from C. Randle & D. Randle** | | $  3,189.57 | $  N/A |
| | **5345 W. Madison rent from Corbin Colonial Funeral Chapel** | | $  6,000.00 | $  N/A |

**9. Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h.  |  9.  |  $  15,510.42  |  $  N/A

**10. Calculate monthly income.**  Add line 7 + line 9.  |  10.  |  $  24,838.82  + $  N/A  = $  24,838.82
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____   11.  +$  0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   |  12.  |  $  24,838.82
**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1        **Karen Corbin**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter
   13 expenses as of the following date:

   _____
   MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ■ No

    Do not list Debtor 1 and     ☐ Yes.   Fill out this information for
    Debtor 2.                              each dependent..............

    Do not state the
    dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No  ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

    4. $ _____ 0.00

    **If not included in line 4:**

    4a.  Real estate taxes                                              4a. $ _____ 1,260.70
    4b.  Property, homeowner's, or renter's insurance                   4b. $ _____ 196.58
    4c.  Home maintenance, repair, and upkeep expenses                  4c. $ _____ 100.00
    4d.  Homeowner's association or condominium dues                    4d. $ _____ 0.00
5.  **Additional mortgage payments for your residence,** such as home equity loans    5. $ _____ 0.00

| Debtor 1 | **Karen Corbin** | Case number (if known) | |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a.  Electricity, heat, natural gas | 6a. | $ | 270.00 |
| | 6b.  Water, sewer, garbage collection | 6b. | $ | 175.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 397.00 |
| | 6d.  Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 600.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 400.00 |
| 10. | **Personal care products and services** | 10. | $ | 200.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 200.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | 12. | $ | 350.00 |
| | Do not include car payments. | | | |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 1,300.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a.  Life insurance | 15a. | $ | 134.50 |
| | 15b.  Health insurance | 15b. | $ | 250.00 |
| | 15c.  Vehicle insurance | 15c. | $ | 110.00 |
| | 15d.  Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | 16. | $ | 0.00 |
| | Specify: | | | |
| 17. | **Installment or lease payments:** | | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c.  Other. Specify:  **Mortgage Payment (1841) - Inc. R.E. Tax & Ins.** | 17c. | $ | 3,189.57 |
| | 17d.  Other. Specify:  **Mortgage Payment (1837) - Inc. R.E. Tax & Ins.** | 17d. | $ | 2,769.15 |
| | **Osceola County Homeowners Assoc. (2609)** | | $ | 26.67 |
| | **Utilities (2609)** | | $ | 194.00 |
| | **Telephone/Cable (2609)** | | $ | 289.00 |
| | **Water (2609)** | | $ | 86.00 |
| | **Osceola County Homeowners Assoc. (2613)** | | $ | 26.67 |
| | **Utilities (2613)** | | $ | 212.00 |
| | **Telephone/Cable (2613)** | | $ | 251.00 |
| | **Water (2613)** | | $ | 36.00 |
| | **ADT Security System (2609 & 2613)** | | $ | 119.00 |
| | **Payment to VAK M25, LLC** | | $ | 6,000.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | 19. | $ | |
| | Specify: | | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a.  Mortgages on other property | 20a. | $ | 0.00 |
| | 20b.  Real estate taxes | 20b. | $ | 571.00 |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. | $ | 403.80 |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e.  Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | 21. | +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 20,117.64 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | 20,117.64 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 24,838.82 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 20,117.64 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | 4,721.18 |

Debtor 1    **Karen Corbin**                                          Case number (if known) _____

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.    | Explain here: |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Karen Corbin** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  **/s/ Karen Corbin**                          X _____
  **Karen Corbin**                                Signature of Debtor 2
  Signature of Debtor 1

Date  **July  6, 2022**                          Date _____

Official Form 106Dec                    Declaration About an Individual Debtor's Schedules

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Karen Corbin** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an
  amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

1.  **What is your current marital status?**

    ☐  Married
    ■  Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ■  No
    ☐  Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■  No
    ☐  Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2 | Explain the Sources of Your Income |
|---|---|

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐  No
    ■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $81,250.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1   **Karen Corbin**                                           Case number *(if known)*

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2021 )** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $130,250.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
|  | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $-122,043.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2020 )** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $71,700.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
|  | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $1,053.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5.   Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐   No
■   Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Pensions and Annuities** | $5,460.60 | | |
|  | **Social Security Benefits** | $15,849.60 | | |
| **For last calendar year:**<br>**(January 1 to December 31, 2021 )** | **Interest / Dividends** | $2,085.00 | | |
|  | **Social Security Benefits** | $8,005.00 | | |
|  | **Pensions and Annuities** | $11,452.00 | | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2020 )** | **Interest / Dividends** | $2,025.00 | | |
|  | **Pensions and Annuities** | $11,452.00 | | |

Debtor 1    **Karen Corbin**

Case number *(if known)*

| Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|
| Social Security Benefits | $27,536.00 | | |

---

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

   ■ No.   Go to line 7.

   ☐ Yes   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.   Go to line 7.

   ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:**   **Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

Debtor 1    **Karen Corbin**                                          Case number *(if known)*

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **VAK M25 Fund, LLC v. John Lydon, as Special Representative of the Estate of Randy C. Corbin, et al.**<br>**2019 CH 9800** | **Foreclosure** | **Circuit Courty of Cook County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ■ No
    ☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    ■ No
    ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
    ☐ No
    ■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Rhema Word Church**<br>**5460 W. Ohio St.**<br>**Chicago, IL 60644** | **Cash** | **July 2020-July 2022** | **$20,844.00** |

Debtor 1   **Karen Corbin**                                                          Case number *(if known)*

---

| **Part 6:** | **List Certain Losses** |

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

---

| **Part 7:** | **List Certain Payments or Transfers** |

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Golan Christie Taglia LLP**<br>**70 W. Madison St., Suite 1500**<br>**Chicago, IL 60602**<br>**rrbenjamin@gct.law** | **Attorney Fees** | **7/1/2022** | **$5,000.00** |
| **Debt Education and Certification Fdn.** | **Credit Counseling** | **7/5/2022** | **$24.00** |
| **Golan Christie Taglia LLP**<br>**70 W. Madison St., Suite 1500**<br>**Chicago, IL 60602**<br>**rrbenjamin@gct.law**<br>**Corbin Colonial Funeral Chapels, Inc.** | **Attorney Fees** | **7/5/2022** | **$2,500.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

---

Debtor 1   **Karen Corbin**

Case number (*if known*)

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| | | |

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 9:** Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 10:** Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

Debtor 1    **Karen Corbin**
Case number *(if known)*

---

**24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**25.  Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26.  Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Case Title Case Number | Court or agency Name Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**  Give Details About Your Business or Connections to Any Business

**27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| **Corbin Venture #1 LLC** **5345 W. Madison St.** **Chicago, IL 60644** | **Financial Holding Company** **William A. Bronec, Ltd.** **4003 Fleetwood Avenue** **Frankling Park, IL 60131** | EIN:    20-8883031 From-To    2007-Present |
| **Corbin Colonial Funeral Chapels Inc** **c/o Daniel Olswang, Registered Agt.** **400 S. Green St., Suite H** **Chicago, IL 60607** | **Funeral Parlor** **William A. Bronec, Ltd.** **4003 Fleetwood Avenue** **Franklin Park, IL 60131** | EIN:    36-3869619 From-To    1984-Present |

Debtor 1   **Karen Corbin**                                    Case number (*if known*)  _____

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ **No**
■ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Funding Edge**<br>**24165 IH-10 West, Suite 217 - 281**<br>**Boerne, TX 78006** | **4/27/2022** |

---

**Part 12:**  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Karen Corbin**
_____                    _____
**Karen Corbin**                                             **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **July  6, 2022** _____        Date  _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and
>
> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation
>
> Chapter 11 - Reorganization
>
> Chapter 12 - Voluntary repayment plan for family farmers or fishermen
>
> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;
>
> most student loans;
>
> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

**Chapter 11: Reorganization**

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re __Karen Corbin_____   Case No. _____
                                    Debtor(s)         Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept _____   $ _____**7,500.00**

     Prior to the filing of this statement I have received _____   $ _____**7,500.00**

     Balance Due _____   $ _____**0.00**

2.   The source of the compensation paid to me was:

     ☐ Debtor      ■ Other (specify):     **$5,000 paid by debtor. $2,500 paid by Corbin Colonial Funeral Chapels, Inc.**

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
         reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
         522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__July  6, 2022_____        __/s/ Robert R. Benjamin_____
*Date*                                      **Robert R. Benjamin**
                                            *Signature of Attorney*
                                            **Golan Christie Taglia LLP**
                                            **70 W. Madison St., Suite 1500**
                                            **Chicago, IL 60602**
                                            **(312) 263-2300**
                                            **rrbenjamin@gct.law**
                                            *Name of law firm*

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Karen Corbin** _____   Case No. _____

Debtor(s)   Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____**19**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **July  6, 2022** _____   **/s/ Karen Corbin** _____

**Karen Corbin**

Signature of Debtor

.

Angela Corbin
1840 Longfellow Court
Berkeley, IL 60163


Arnell Corbin
1840 Longfellow Court
Berkeley, IL 60163


Bobby Martell Pugh
1837 Longfellow Court
Berkeley, IL 60163


Claressa Corbin Randle
1841 Longfellow Court
Berkeley, IL 60163


Corbin Colonial Funeral Chapels Inc
c/o Daniel Olswang, Registered Agt.
400 S. Green St., Suite H
Chicago, IL 60607


FCI Lender Services, Inc.
PO Box 27370
Anaheim, CA 92809-0112


First American Bank
218 W. Main Street
West Dundee, IL 60118


Firstkey Mortgage LLC
900 Third Avenue, 5th Floor
New York, NY 10022


Huntington National Bank
41 South High Street
Columbus, OH 43287


John Lydon
c/o Gomberg Sharfman P.C.
208 S. LaSalle St., Suite 1410
Chicago, IL 60604


Kimberly A. Corbin
687 Meadowdale Dr.
Romeoville, IL 60446

Loren Corbin
1840 Longfellow Court
Berkeley, IL 60163


McCalla Raymer Liebert Pierce, LLC
1 N. Dearborn St., Suite 1200
Chicago, IL 60602


New Penn Financial, LLC
55 Beattie Place, Suite 110 MS#001
Greenville, SC 29601


Select Portfolio Servicing, Inc.
PO Box 65450
Salt Lake City, UT 84165-0450


Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826


State Farm Insurance
PO Box 2364
Bloomington, IL 61702-2364


Syreeta Corbin
1837 Longfellow Court
Berkeley, IL 60163


VAK M25 Fund, LLC
224 East Jericho Turnpike
South Huntington, NY 11746

Form **1040**

Department of the Treasury—Internal Revenue Service (99)

**U.S. Individual Income Tax Return**    **2021**    OMB No. 1545-0074    IRS Use Only—Do not write or staple in this space.

**Filing Status**

Check only one box.

[X] Single    [ ] Married filing jointly    [ ] Married filing separately (MFS)    [ ] Head of household (HOH)    [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| KAREN | CORBIN | ███ 3222 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|
| | | |

Home address (number and street). If you have a P.O. box, see instructions.    **1840 LONGFELLOW CT**    Apt. no.

City, town, or post office. If you have a foreign address, also complete spaces below.    **BERKELEY**    State **IL**    ZIP code **60163**

Foreign country name    Foreign province/state/county    Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.    [ ] You    [ ] Spouse

At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency?    [ ] Yes    [X] No

**Standard Deduction**

**Someone can claim:**    [ ] You as a dependent    [ ] Your spouse as a dependent

[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**    **You:** [X] Were born before January 2, 1957    [ ] Are blind    **Spouse:** [ ] Was born before January 2, 1957    [ ] Is blind

**Dependents** (see instructions):

If more than four dependents, see instructions and check here ▶ [ ]

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) ✔ if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |

Attach Sch. B if required.

**Standard Deduction for—**
- Single or Married filing separately, $12,550
- Married filing jointly or Qualifying widow(er), $25,100
- Head of household, $18,800
- If you checked any box under Standard Deduction, see instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | 1 | 130,250. |
| 2a | Tax-exempt interest | 2a | | **b** Taxable interest | 2b | 1,510. |
| 3a | Qualified dividends | 3a | 575. | **b** Ordinary dividends | 3b | 575. |
| 4a | IRA distributions | 4a | | **b** Taxable amount | 4b | |
| 5a | Pensions and annuities | 5a | | **b** Taxable amount | 5b | 11,452. |
| 6a | Social security benefits | 6a | 32,759. | **b** Taxable amount | 6b | 8,005. |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | | | 7 | |
| 8 | Other income from Schedule 1, line 10 | | | 8 | -122,043. |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | | | 9 | 29,749. |
| 10 | Adjustments to income from Schedule 1, line 26 | | | 10 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** ▶ | | | 11 | 29,749. |
| 12a | **Standard deduction or itemized deductions** (from Schedule A) | 12a | 15,498. | | | |
| **b** | Charitable contributions if you take the standard deduction (see instructions) | 12b | | | | |
| **c** | Add lines 12a and 12b | | | 12c | 15,498. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | | | 13 | 0. |
| 14 | Add lines 12c and 13 | | | 14 | 15,498. |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | | | 15 | 14,251. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

Form **1040** (2021)

Form 1040 (2021)                                                                                                                    Page **2**

| | | | | |
|---|---|---|---|---|
| 16 | **Tax** (see instructions). Check if any from Form(s): **1** ☐ 8814  **2** ☐ 4972  **3** ☐ _____ | 16 | 1,442. |
| 17 | Amount from Schedule 2, line 3 | 17 | |
| 18 | Add lines 16 and 17 | 18 | 1,442. |
| 19 | Nonrefundable child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| 20 | Amount from Schedule 3, line 8 | 20 | |
| 21 | Add lines 19 and 20 | 21 | |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 1,442. |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | 0. |
| 24 | Add lines 22 and 23. This is your **total tax** ▶ | 24 | 1,442. |

| | | | | |
|---|---|---|---|---|
| 25 | Federal income tax withheld from: | | | |
| a | Form(s) W-2 | 25a | 28,947. | |
| b | Form(s) 1099 | 25b | 77. | |
| c | Other forms (see instructions) | 25c | | |
| d | Add lines 25a through 25c | | 25d | 29,024. |
| 26 | 2021 estimated tax payments and amount applied from 2020 return | | 26 | 2,500. |
| 27a | Earned income credit (EIC)   No | 27a | | |

*If you have a qualifying child, attach Sch. EIC.*

Check here if you were born after January 1, 1998, and before January 2, 2004, and you satisfy all the other requirements for taxpayers who are at least age 18, to claim the EIC. See instructions ▶ ☐

| | | | | |
|---|---|---|---|---|
| b | Nontaxable combat pay election | 27b | | |
| c | Prior year (2019) earned income | 27c | | |
| 28 | Refundable child tax credit or additional child tax credit from Schedule 8812 | 28 | | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | | |
| 30 | Recovery rebate credit. See instructions | 30 | | |
| 31 | Amount from Schedule 3, line 15 | 31 | | |
| 32 | Add lines 27a and 28 through 31. These are your **total other payments and refundable credits** ▶ | 32 | |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** ▶ | 33 | 31,524. |

| | | | |
|---|---|---|---|
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | 30,082. |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 35a | 26,082. |

Direct deposit? See instructions.
▶ b Routing number  ██████████  ▶ c Type: ☒ Checking  ☐ Savings
▶ d Account number  ██████████

| | | | | |
|---|---|---|---|---|
| | 36 | Amount of line 34 you want **applied to your 2022 estimated tax** ▶ | 36 | 4,000. |
| **Amount You Owe** | 37 | **Amount you owe.** Subtract line 33 from line 24. For details on how to pay, see instructions ▶ | 37 | |
| | 38 | Estimated tax penalty (see instructions) | 38 | |

| | |
|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS? See instructions ▶ ☐ **Yes. Complete below.** ☒ **No** |

Designee's name ▶ _____  Phone no. ▶ _____  Personal identification number (PIN) ▶ _____

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶ |
|---|---|---|---|
| | | FUNERAL MANAGEMENT | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▶ |

Phone no. _____  Email address  KARENCORBIN1@YAHOO.COM

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: |
|---|---|---|---|---|
| WILLIAM A. BRONEC CPA | | | P00175261 | ☐ Self-employed |

Firm's name ▶  William A Bronec, LTD   Phone no. (708)927-6698
Firm's address ▶ 2836 N Riverwalk Dr Chicago IL 60618   Firm's EIN ▶ ██████████

Go to *www.irs.gov/Form1040* for instructions and the latest information.   **BAA**   REV 06/27/22 PRO   Form **1040** (2021)

**SCHEDULE 1**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Income and Adjustments to Income

► Attach to Form 1040, 1040-SR, or 1040-NR.
► Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2021**

Attachment
Sequence No. **01**

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | Your social security number |
|---|---|
| KAREN CORBIN | 3222 |

## Part I   Additional Income

| | | | |
|---|---|---|---:|
| **1** | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . | **1** | 0. |
| **2a** | Alimony received . . . . . . . . . . . . . . . . . . . . . . | **2a** | |
| **b** | Date of original divorce or separation agreement (see instructions) ► | | |
| **3** | Business income or (loss). Attach Schedule C . . . . . | **3** | |
| **4** | Other gains or (losses). Attach Form 4797 . . . . . . | **4** | |
| **5** | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | −122,043. |
| **6** | Farm income or (loss). Attach Schedule F . . . . . . | **6** | |
| **7** | Unemployment compensation . . . . . . . . . . | **7** | |
| **8** | Other income: | | |
| **a** | Net operating loss . . . . . . . . . . . . | **8a** ( ) | |
| **b** | Gambling income . . . . . . . . . . . . | **8b** | |
| **c** | Cancellation of debt . . . . . . . . . . . | **8c** | |
| **d** | Foreign earned income exclusion from Form 2555 . . . . | **8d** ( ) | |
| **e** | Taxable Health Savings Account distribution . . . . . . | **8e** | |
| **f** | Alaska Permanent Fund dividends . . . . . . . . | **8f** | |
| **g** | Jury duty pay . . . . . . . . . . . . . | **8g** | |
| **h** | Prizes and awards . . . . . . . . . . . . | **8h** | |
| **i** | Activity not engaged in for profit income . . . . . . | **8i** | |
| **j** | Stock options . . . . . . . . . . . . . | **8j** | |
| **k** | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property . . . . . . . . . . . . . | **8k** | |
| **l** | Olympic and Paralympic medals and USOC prize money (see instructions) . . . . . . . . . . . . . | **8l** | |
| **m** | Section 951(a) inclusion (see instructions) . . . . . . | **8m** | |
| **n** | Section 951A(a) inclusion (see instructions) . . . . . | **8n** | |
| **o** | Section 461(l) excess business loss adjustment . . . . . | **8o** | |
| **p** | Taxable distributions from an ABLE account (see instructions) . | **8p** | |
| **z** | Other income. List type and amount ► | **8z** | |
| **9** | Total other income. Add lines 8a through 8z . . . . . . . . . | **9** | |
| **10** | Combine lines 1 through 7 and 9. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 . . . . . . . . . . . . . . . . . . | **10** | −122,043. |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 1 (Form 1040) 2021

Schedule 1 (Form 1040) 2021          Page **2**

| **Part II** | **Adjustments to Income** | |
|---|---|---|

| | | |
|---|---|---|
| **11** | Educator expenses . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** |
| **12** | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | **12** |
| **13** | Health savings account deduction. Attach Form 8889 . . . . . . . . | **13** |
| **14** | Moving expenses for members of the Armed Forces. Attach Form 3903 . . . . . | **14** |
| **15** | Deductible part of self-employment tax. Attach Schedule SE . . . . | **15** |
| **16** | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . | **16** |
| **17** | Self-employed health insurance deduction . . . . . . . . . . | **17** |
| **18** | Penalty on early withdrawal of savings . . . . . . . . . . . . | **18** |
| **19a** | Alimony paid . . . . . . . . . . . . . . . . . . . . . . . . | **19a** |
| **b** | Recipient's SSN . . . . . . . . . . . . . . . ▶ | |
| **c** | Date of original divorce or separation agreement (see instructions) ▶ | |
| **20** | IRA deduction . . . . . . . . . . . . . . . . . . . . . . . | **20** |
| **21** | Student loan interest deduction . . . . . . . . . . . . . . . | **21** |
| **22** | Reserved for future use . . . . . . . . . . . . . . . . . . | **22** |
| **23** | Archer MSA deduction . . . . . . . . . . . . . . . . . . . | **23** |
| **24** | Other adjustments: | |
| **a** | Jury duty pay (see instructions) . . . . . . . . | **24a** |
| **b** | Deductible expenses related to income reported on line 8k from the rental of personal property engaged in for profit . . . . . | **24b** |
| **c** | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8l . . . . . | **24c** |
| **d** | Reforestation amortization and expenses . . . . . . . . | **24d** |
| **e** | Repayment of supplemental unemployment benefits under the Trade Act of 1974 . . . . . . . . . . . . . . . . . | **24e** |
| **f** | Contributions to section 501(c)(18)(D) pension plans . . . . | **24f** |
| **g** | Contributions by certain chaplains to section 403(b) plans . . | **24g** |
| **h** | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) . . . . . | **24h** |
| **i** | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations . . . . . . . . . . . . | **24i** |
| **j** | Housing deduction from Form 2555 . . . . . . . . | **24j** |
| **k** | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) . . . . . . . . . . . . . . . . . | **24k** |
| **z** | Other adjustments. List type and amount ▶ | **24z** |
| **25** | Total other adjustments. Add lines 24a through 24z . . . . . . . . . . . . | **25** |
| **26** | Add lines 11 through 23 and 25. These are your **adjustments to income.** Enter here and on Form 1040 or 1040-SR, line 10, or Form 1040-NR, line 10a . . . . . | **26** |

**BAA**      REV 06/27/22 PRO      **Schedule 1 (Form 1040) 2021**

**SCHEDULE A**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

OMB No. 1545-0074

**Itemized Deductions**

► Go to *www.irs.gov/ScheduleA* for instructions and the latest information.
► Attach to Form 1040 or 1040-SR.

**Caution:** If you are claiming a net qualified disaster loss on Form 4684, see the instructions for line 16.

**2021**

Attachment
Sequence No. **07**

Name(s) shown on Form 1040 or 1040-SR

KAREN CORBIN

Your social security number

3222

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | **Caution:** Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | | |
| | 2 | Enter amount from Form 1040 or 1040-SR, line 11 | 2 | | |
| | 3 | Multiply line 2 by 7.5% (0.075) | 3 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | |
| **Taxes You Paid** | 5 | State and local taxes. | | | |
| | a | State and local income taxes or general sales taxes. You may include either income taxes or general sales taxes on line 5a, but not both. If you elect to include general sales taxes instead of income taxes, check this box ► ☐ | 5a | 9,526. | |
| | b | State and local real estate taxes (see instructions) | 5b | 20,472. | |
| | c | State and local personal property taxes | 5c | | |
| | d | Add lines 5a through 5c | 5d | 29,998. | |
| | e | Enter the smaller of line 5d or $10,000 ($5,000 if married filing separately) | 5e | 10,000. | |
| | 6 | Other taxes. List type and amount ► _____ | 6 | | |
| | 7 | Add lines 5e and 6 | | 7 | 10,000. |
| **Interest You Paid** | 8 | Home mortgage interest and points. If you didn't use all of your home mortgage loan(s) to buy, build, or improve your home, see instructions and check this box ► ☐ | | | |
| **Caution:** Your mortgage interest deduction may be limited (see instructions). | a | Home mortgage interest and points reported to you on Form 1098. See instructions if limited | 8a | 2,497. | |
| | b | Home mortgage interest not reported to you on Form 1098. See instructions if limited. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ► _____ | 8b | | |
| | c | Points not reported to you on Form 1098. See instructions for special rules | 8c | | |
| | d | Mortgage insurance premiums (see instructions) | 8d | | |
| | e | Add lines 8a through 8d | 8e | 2,497. | |
| | 9 | Investment interest. Attach Form 4952 if required. See instructions | 9 | | |
| | 10 | Add lines 8e and 9 | | 10 | 2,497. |
| **Gifts to Charity** | 11 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 11 | 3,001. | |
| **Caution:** If you made a gift and got a benefit for it, see instructions. | 12 | Other than by cash or check. If you made any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | 12 | | |
| | 13 | Carryover from prior year | 13 | | |
| | 14 | Add lines 11 through 13 | | 14 | 3,001. |
| **Casualty and Theft Losses** | 15 | Casualty and theft loss(es) from a federally declared disaster (other than net qualified disaster losses). Attach Form 4684 and enter the amount from line 18 of that form. See instructions | | 15 | |
| **Other Itemized Deductions** | 16 | Other—from list in instructions. List type and amount ► _____ | | 16 | |
| **Total Itemized Deductions** | 17 | Add the amounts in the far right column for lines 4 through 16. Also, enter this amount on Form 1040 or 1040-SR, line 12a | | 17 | 15,498. |
| | 18 | If you elect to itemize deductions even though they are less than your standard deduction, check this box ► ☐ | | | |

For Paperwork Reduction Act Notice, see the Instructions for Forms 1040 and 1040-SR.   **BAA**   REV 06/27/22 PRO

Schedule A (Form 1040) 2021

**SCHEDULE B**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

OMB No. 1545-0074

# Interest and Ordinary Dividends

► Go to *www.irs.gov/ScheduleB* for instructions and the latest information.
► Attach to Form 1040 or 1040-SR.

**2021**

Attachment
Sequence No. **08**

Name(s) shown on return

KAREN CORBIN

Your social security number

███ 3222

## Part I

### Interest

(See instructions and the Instructions for Form 1040, line 2b.)

**Note:** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

**1** List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address ►

| | Amount |
|---|---|
| STATE FARM LIFE INSURANCE | 1,250. |
| NEW YORK LIFE | 130. |
| CHASE | 80. |
| BMO HARRIS | 50. |

**1**

| | | Amount |
|---|---|---|
| **2** Add the amounts on line 1 . . . . . . . . . . . | **2** | 1,510. |
| **3** Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 . . . . | **3** | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1040 or 1040-SR, line 2b . . . . . . . . . . . ► | **4** | 1,510. |

**Note:** If line 4 is over $1,500, you must complete Part III.

## Part II

### Ordinary Dividends

(See instructions and the Instructions for Form 1040, line 3b.)

**Note:** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

**5** List name of payer ►

| | Amount |
|---|---|
| MET LIFE C0010874939 | 258. |
| MET LIFE C0010874921 | 298. |
| MET LIFE C0010873673 | 19. |

**5**

| | | Amount |
|---|---|---|
| **6** Add the amounts on line 5. Enter the total here and on Form 1040 or 1040-SR, line 3b . . . . . . . . . . . ► | **6** | 575. |

**Note:** If line 6 is over $1,500, you must complete Part III.

## Part III

### Foreign Accounts and Trusts

**Caution:** If required, failure to file FinCEN Form 114 may result in substantial penalties. See instructions.

You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | Yes | No |
|---|---|---|
| **7a** At any time during 2021, did you have a financial interest in or signature authority over a financial account (such as a bank account, securities account, or brokerage account) located in a foreign country? See instructions | | × |
| If "Yes," are you required to file FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR), to report that financial interest or signature authority? See FinCEN Form 114 and its instructions for filing requirements and exceptions to those requirements . . . . | | |
| **b** If you are required to file FinCEN Form 114, enter the name of the foreign country where the financial account is located ► | | |
| **8** During 2021, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See instructions . . . . . . . . . | | × |

For Paperwork Reduction Act Notice, see your tax return instructions.   **BAA**   REV 06/27/22 PRO   **Schedule B (Form 1040) 2021**

**SCHEDULE E**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Supplemental Income and Loss**
(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)
▶ Attach to Form 1040, 1040-SR, 1040-NR, or 1041.
▶ Go to www.irs.gov/ScheduleE for instructions and the latest information.

OMB No. 1545-0074

**2021**

Attachment
Sequence No. **13**

Name(s) shown on return: KAREN CORBIN

Your social security number: ▮▮▮-▮▮-3222

**Part I** | **Income or Loss From Rental Real Estate and Royalties** **Note:** If you are in the business of renting personal property, use Schedule C. See instructions. If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40.

**A** Did you make any payments in 2021 that would require you to file Form(s) 1099? See instructions . . . . . ☐ **Yes** ☒ **No**

**B** If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

**1a** Physical address of each property (street, city, state, ZIP code)

| | |
|---|---|
| **A** | 5345 W. Madison Street Chicago IL 60644 |
| **B** | |
| **C** | |

| **1b** | Type of Property (from list below) | **2** For each rental real estate property listed above, report the number of fair rental and personal use days. Check the **QJV** box only if you meet the requirements to file as a qualified joint venture. See instructions. | | **Fair Rental Days** | **Personal Use Days** | **QJV** |
|---|---|---|---|---|---|---|
| **A** | 4 | | **A** | 365 | 0 | ☐ |
| **B** | | | **B** | | | ☐ |
| **C** | | | **C** | | | ☐ |

**Type of Property:**
1 Single Family Residence    3 Vacation/Short-Term Rental    5 Land    7 Self-Rental
2 Multi-Family Residence    4 Commercial    6 Royalties    8 Other (describe)

| **Income:** | | **Properties:** | | **A** | **B** | **C** |
|---|---|---|---|---|---|---|
| **3** | Rents received . . . . . . . . . . . | **3** | 304,789. | | |
| **4** | Royalties received . . . . . . . . . | **4** | | | |
| **Expenses:** | | | | | |
| **5** | Advertising . . . . . . . . . | **5** | | | |
| **6** | Auto and travel (see instructions) . . | **6** | | | |
| **7** | Cleaning and maintenance . . . . | **7** | | | |
| **8** | Commissions. . . . . . . . . | **8** | | | |
| **9** | Insurance . . . . . . . . . | **9** | 700. | | |
| **10** | Legal and other professional fees . . | **10** | | | |
| **11** | Management fees . . . . . . . | **11** | | | |
| **12** | Mortgage interest paid to banks, etc. (see instructions) | **12** | | | |
| **13** | Other interest. . . . . . . . | **13** | 6,740. | | |
| **14** | Repairs. . . . . . . . . | **14** | 29,877. | | |
| **15** | Supplies . . . . . . . . . | **15** | 16,559. | | |
| **16** | Taxes . . . . . . . . . | **16** | 86,545. | | |
| **17** | Utilities . . . . . . . . . | **17** | 49,575. | | |
| **18** | Depreciation expense or depletion . . | **18** | 105,573. | | |
| **19** | Other (list) ▶ See Line 19 Other Expenses | **19** | 42,033. | | |
| **20** | Total expenses. Add lines 5 through 19 . . | **20** | 337,602. | | |
| **21** | Subtract line 20 from line 3 (rents) and/or 4 (royalties). If result is a (loss), see instructions to find out if you must file **Form 6198** | **21** | -32,813. | | |
| **22** | Deductible rental real estate loss after limitation, if any, on **Form 8582** (see instructions) | **22** | ( 0. ) | ( ) | ( ) |

| **23a** | Total of all amounts reported on line 3 for all rental properties . . . . | **23a** | 304,789. | |
| **b** | Total of all amounts reported on line 4 for all royalty properties . . . | **23b** | | |
| **c** | Total of all amounts reported on line 12 for all properties . . . . . | **23c** | | |
| **d** | Total of all amounts reported on line 18 for all properties . . . . . | **23d** | 105,573. | |
| **e** | Total of all amounts reported on line 20 for all properties . . . . . | **23e** | 337,602. | |
| **24** | **Income.** Add positive amounts shown on line 21. **Do not** include any losses | **24** | |
| **25** | **Losses.** Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here . | **25** | ( 0. ) |
| **26** | **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Schedule 1 (Form 1040), line 5. Otherwise, include this amount in the total on line 41 on page 2 | **26** | 0. |

For Paperwork Reduction Act Notice, see the separate instructions.    **BAA**    REV 06/27/22 PRO    Schedule E (Form 1040) 2021

Schedule E (Form 1040) 2021     Attachment Sequence No. **13**     Page **2**

| Name(s) shown on return. Do not enter name and social security number if shown on other side. | Your social security number |
|---|---|
| KAREN CORBIN | ■■■ 3222 |

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

**Part II**    **Income or Loss From Partnerships and S Corporations — Note:** If you report a loss, receive a distribution, dispose of stock, or receive a loan repayment from an S corporation, you **must** check the box in column **(e)** on line 28 and attach the required basis computation. If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column **(f)** on line 28 and attach **Form 6198.** See instructions.

**27** Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section       ☐ **Yes**   ☒ **No**

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if basis computation is required | (f) Check if any amount is not at risk |
|---|---|---|---|---|---|---|
| A | CORBIN CORBIN FUNERAL CHAPELS, INC. | S | ☐ | ■■■■ | ☐ | ☒ |
| B | | | ☐ | | ☐ | ☐ |
| C | | | ☐ | | ☐ | ☐ |
| D | | | ☐ | | ☐ | ☐ |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss allowed (see Schedule K-1) | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | | 122,043. | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| 29a Totals | | | | | |
| b Totals | | | 122,043. | | |

| 30 | Add columns (h) and (k) of line 29a. | 30 | |
|---|---|---|---|
| 31 | Add columns (g), (i), and (j) of line 29b. | 31 | ( 122,043. ) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31 | 32 | −122,043. |

**Part III**    **Income or Loss From Estates and Trusts**

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| 35 | Add columns (d) and (f) of line 34a. | 35 | |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b. | 36 | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36 | 37 | |

**Part IV**    **Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder**

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | 39 | |
|---|---|---|---|

**Part V**    **Summary**

| 40 | Net farm rental income or (loss) from Form 4835. Also, complete line 42 below | 40 | |
|---|---|---|---|
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Schedule 1 (Form 1040), line 5 ▶ | 41 | −122,043. |
| 42 | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120-S), box 17, code AD; and Schedule K-1 (Form 1041), box 14, code F. See instructions . | 42 | |
| 43 | **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040, Form 1040-SR, or Form 1040-NR from all rental real estate activities in which you materially participated under the passive activity loss rules | 43 | |

Form **6198**
(Rev. December 2020)

Department of the Treasury
Internal Revenue Service

**At-Risk Limitations**

► Attach to your tax return.

► Go to *www.irs.gov/Form6198* for instructions and the latest information.

OMB No. 1545-0712

Attachment
Sequence No. **31**

Name(s) shown on return

KAREN CORBIN

Identifying number

▓▓▓▓3222

Description of activity (see instructions)

S Corporation Schedule K-1  CORBIN CORBIN FUNERAL CHAPELS, INC. ▓▓▓▓▓

| Part I | **Current Year Profit (Loss) From the Activity, Including Prior Year Nondeductible Amounts.** See instructions. | | |
|---|---|---|---|
| **1** | Ordinary income (loss) from the activity (see instructions) | **1** | –372,938. |
| **2** | Gain (loss) from the sale or other disposition of assets used in the activity (or of your interest in the activity) that you are reporting on: | | |
| **a** | Schedule D | **2a** | |
| **b** | Form 4797 | **2b** | |
| **c** | Other form or schedule | **2c** | |
| **3** | Other income and gains from the activity, from Schedule K-1 (Form 1065) or Schedule K-1 (Form 1120-S), that were not included on lines 1 through 2c | **3** | |
| **4** | Other deductions and losses from the activity, including investment interest expense allowed from Form 4952, that were not included on lines 1 through 2c | **4** | ( ) |
| **5** | Current year profit (loss) from the activity. Combine lines 1 through 4. See the instructions before completing the rest of this form | **5** | –372,938. |

| Part II | **Simplified Computation of Amount at Risk.** See the instructions before completing this part. | | |
|---|---|---|---|
| **6** | Adjusted basis (as defined in section 1011) in the activity (or in your interest in the activity) on the first day of the tax year. **Do not** enter less than zero | **6** | 3,554. |
| **7** | Increases for the tax year (see instructions) | **7** | 121,732. |
| **8** | Add lines 6 and 7 | **8** | 125,286. |
| **9** | Decreases for the tax year (see instructions) | **9** | 3,243. |
| **10a** | Subtract line 9 from line 8 ► | **10a** | 122,043. |
| **b** | If line 10a is **more** than zero, enter that amount here and go to line 20 (or complete Part III). Otherwise, enter -0- and see Pub. 925 for information on the recapture rules | **10b** | 122,043. |

| Part III | **Detailed Computation of Amount at Risk.** If you completed Part III of Form 6198 for the prior year, see the instructions. | | |
|---|---|---|---|
| **11** | Investment in the activity (or in your interest in the activity) at the effective date. **Do not** enter less than zero | **11** | |
| **12** | Increases at effective date | **12** | |
| **13** | Add lines 11 and 12 | **13** | |
| **14** | Decreases at effective date | **14** | |
| **15** | Amount at risk (check box that applies): | | |
| **a** | ☐ At effective date. Subtract line 14 from line 13. **Do not** enter less than zero. | | |
| **b** | ☐ From your prior year Form 6198, line 19b. **Do not** enter the amount from line 10b of your prior year form. | **15** | |
| **16** | Increases since (check box that applies): | | |
| **a** | ☐ Effective date   **b** ☐ The end of your prior year | **16** | |
| **17** | Add lines 15 and 16 | **17** | |
| **18** | Decreases since (check box that applies): | | |
| **a** | ☐ Effective date   **b** ☐ The end of your prior year | **18** | |
| **19a** | Subtract line 18 from line 17 ► | **19a** | |
| **b** | If line 19a is **more** than zero, enter that amount here and go to line 20. Otherwise, enter -0- and see Pub. 925 for information on the recapture rules | **19b** | |

| Part IV | **Deductible Loss** | | |
|---|---|---|---|
| **20** | **Amount at risk.** Enter the **larger** of line 10b or line 19b | **20** | 122,043. |
| **21** | **Deductible loss.** Enter the **smaller** of the line 5 loss (treated as a positive number) or line 20. See the instructions to find out how to report any deductible loss and any carryover | **21** | ( 122,043. ) |

**Note:** If the loss is from a passive activity, see the Instructions for Form 8582, Passive Activity Loss Limitations, or the Instructions for Form 8810, Corporate Passive Activity Loss and Credit Limitations, to find out if the loss is allowed under the passive activity rules. If only part of the loss is subject to the passive activity loss rules, report only that part on Form 8582 or Form 8810, whichever applies.

For Paperwork Reduction Act Notice, see the Instructions for Form 6198.    **BAA**    REV 06/27/22 PRO    Form **6198** (Rev. 12-2020)

Form **8995**

Department of the Treasury
Internal Revenue Service

## Qualified Business Income Deduction
## Simplified Computation

▶ **Attach to your tax return.**
▶ **Go to *www.irs.gov/Form8995* for instructions and the latest information.**

OMB No. 1545-2294

**2021**

Attachment
Sequence No. **55**

| Name(s) shown on return | Your taxpayer identification number |
|---|---|
| KAREN CORBIN | ███ 3222 |

**Note.** *You can claim the qualified business income deduction **only** if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.*
*Use this form if your taxable income, before your qualified business income deduction, is at or below $164,900 ($164,925 if married filing separately; $329,800 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.*

| 1 | **(a)** Trade, business, or aggregation name | **(b)** Taxpayer identification number | **(c)** Qualified business income or (loss) |
|---|---|---|---|
| **i** | KAREN CORBIN | ███ 3222 | 0. |
| **ii** | | | |
| **iii** | | | |
| **iv** | | | |
| **v** | | | |

| | | | |
|---|---|---|---|
| **2** | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) . . . . . . . . . . . . . . . . . . **2** | 0. | |
| **3** | Qualified business net (loss) carryforward from the prior year . . . . . . **3** | ( 24,975. ) | |
| **4** | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- **4** | 0. | |
| **5** | Qualified business income component. Multiply line 4 by 20% (0.20) . . . . . . . . . . . . . **5** | | 0. |
| **6** | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) . . . . . . . . . . . **6** | | |
| **7** | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year . . . . . . . . . . . . . . . . . . . **7** | ( ) | |
| **8** | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- **8** | | |
| **9** | REIT and PTP component. Multiply line 8 by 20% (0.20) . . . . . . . **9** | | |
| **10** | Qualified business income deduction before the income limitation. Add lines 5 and 9 . . . . . . **10** | | 0. |
| **11** | Taxable income before qualified business income deduction (see instructions) **11** | 14,251. | |
| **12** | Net capital gain (see instructions) . . . . . . . . . . **12** | 575. | |
| **13** | Subtract line 12 from line 11. If zero or less, enter -0- . . . . . . **13** | 13,676. | |
| **14** | Income limitation. Multiply line 13 by 20% (0.20) . . . . . . . . . **14** | | 2,735. |
| **15** | Qualified business income deduction. Enter the smaller of line 10 or line 14. Also enter this amount on the applicable line of your return (see instructions) . . . . . . . . . . . . . . . ▶ **15** | | 0. |
| **16** | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- . . **16** | ( 24,975. ) | |
| **17** | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- **17** | ( 0. ) | |

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.**     REV 06/27/22 PRO     Form **8995** (2021)

| Form **7203**<br>(December 2021)<br>Department of the Treasury<br>Internal Revenue Service | **S Corporation Shareholder Stock and<br>Debt Basis Limitations**<br>▶ Attach to your tax return.<br>▶ Go to *www.irs.gov/Form7203* for instructions and the latest information. | OMB No. 1545-2302<br><br>Attachment<br>Sequence No. **203** |
|---|---|---|

| Name(s) shown on return<br>KAREN CORBIN | Identifying number<br>████3222 |
|---|---|
| Name of S corporation<br>CORBIN CORBIN FUNERAL CHAPELS, INC. | Employer identification number<br>████████ |

Stock block (see instructions) ▶

### Part I   Shareholder Stock Basis

| | | | |
|---|---|---|---:|
| 1 | Stock basis at the beginning of the corporation's tax year . . . . . . . . . | **1** | 3,554. |
| 2 | Basis from any capital contributions made or additional stock acquired during the tax year . . . . | **2** | |
| 3a | Ordinary business income (enter losses in Part III) . . . . . . . | **3a** | |
| b | Net rental real estate income (enter losses in Part III) . . . . . . | **3b** | |
| c | Other net rental income (enter losses in Part III) . . . . . . . | **3c** | |
| d | Interest income . . . . . . . . . . . . . . . . | **3d** | |
| e | Ordinary dividends . . . . . . . . . . . . . . | **3e** | |
| f | Royalties . . . . . . . . . . . . . . . . . | **3f** | |
| g | Net capital gains (enter losses in Part III) . . . . . . . . | **3g** | |
| h | Net section 1231 gain (enter losses in Part III) . . . . . . . | **3h** | |
| i | Other income (enter losses in Part III) . . . . . . . . . | **3i** | |
| j | Excess depletion adjustment . . . . . . . . . . . | **3j** | |
| k | Tax-exempt income . . . . . . . . . . . . . | **3k** | 121,732. |
| l | Recapture of business credits . . . . . . . . . . | **3l** | |
| m | Other items that increase stock basis . . . . . . . . | **3m** | |
| 4 | Add lines 3a through 3m . . . . . . . . . . . . . . . . . . | **4** | 121,732. |
| 5 | Stock basis before distributions. Add lines 1, 2, and 4 . . . . . . . . . . . | **5** | 125,286. |
| 6 | Distributions (excluding dividend distributions) . . . . . . . . . . . . | **6** | |
| | **Note:** If line 6 is larger than line 5, subtract line 5 from line 6 and report the result as a capital gain on Form 8949 and Schedule D. See instructions. | | |
| 7 | Stock basis after distributions. Subtract line 6 from line 5. If the result is zero or less, enter -0-, skip lines 8 through 14, and enter -0- on line 15 . . . . . . . . . . . . . . . | **7** | 125,286. |
| 8a | Nondeductible expenses . . . . . . . . . . | **8a** | |
| b | Depletion for oil and gas . . . . . . . . . . | **8b** | |
| c | Business credits (sections 50(c)(1) and (5)) . . . . . | **8c** | |
| 9 | Add lines 8a through 8c . . . . . . . . . . . . . . . . . . | **9** | |
| 10 | Stock basis before loss and deduction items. Subtract line 9 from line 7. If the result is zero or less, enter -0-, skip lines 11 through 14, and enter -0- on line 15 . . . . . . . . . . | **10** | 125,286. |
| 11 | Allowable loss and deduction items. Enter the amount from line 47, column (c) . . . . . . | **11** | 125,286. |
| 12 | Debt basis restoration (see net increase in instructions for line 23) . . . . . . . | **12** | 0. |
| 13 | Other items that decrease stock basis . . . . . . . . . . . . . | **13** | |
| 14 | Add lines 11, 12, and 13 . . . . . . . . . . . . . . . . . | **14** | 125,286. |
| 15 | **Stock basis at the end of the corporation's tax year.** Subtract line 14 from line 10. If the result is zero or less, enter -0- . . . . . . . . . . . . . . . | **15** | 0. |

### Part II   Shareholder Debt Basis

#### Section A—Amount of Debt (If more than three debts, see instructions.)

| Description | Debt 1<br>☒ Formal note<br>☐ Open account debt | Debt 2<br>☐ Formal note<br>☐ Open account debt | Debt 3<br>☐ Formal note<br>☐ Open account debt | Total |
|---|---:|---:|---:|---:|
| 16 Loan balance at the beginning of the corporation's tax year . . . . . . . | 41,357. | | | 41,357. |
| 17 Additional loans (see instructions) | | | | |
| 18 Loan balance before repayment. Combine lines 16 and 17 | 41,357. | | | 41,357. |
| 19 Principal portion of debt repayment (this line doesn't include interest) . . . . . . | ( 138. ) | ( ) | ( ) | ( 138. ) |
| 20 Loan balance at the end of the corporation's tax year. Combine lines 18 and 19 . . . . . . . | 41,219. | | | 41,219. |

For Paperwork Reduction Act Notice, see separate instructions.          **BAA**          REV 06/27/22 PRO          Form **7203** (12-2021)

Form 7203 (12-2021)                                                                 Page **2**

| **Part II** | **Shareholder Debt Basis** *(continued)* |
|---|---|

### Section B—Adjustments to Debt Basis

| | Description | Debt 1 | Debt 2 | Debt 3 | Total |
|---|---|---|---|---|---|
| 21 | Debt basis at the beginning of the corporation's tax year | 41,357. | | | 41,357. |
| 22 | Enter the amount, if any, from line 17 . . . . . . | | | | |
| 23 | Debt basis restoration (see instructions) . . . . . | | | | 0. |
| 24 | Debt basis before repayment. Combine lines 21, 22, and 23 | 41,357. | | | 41,357. |
| 25 | Divide line 24 by line 18 . . . . . . . . . | 1. | | | |
| 26 | Nontaxable debt repayment. Multiply line 25 by line 19 | 138. | | | 138. |
| 27 | Debt basis before nondeductible expenses and losses. Subtract line 26 from line 24 . . . . . . . | 41,219. | | | 41,219. |
| 28 | Nondeductible expenses and oil and gas depletion deductions in excess of stock basis . . . . . . | | | | 0. |
| 29 | Debt basis before losses and deductions. Subtract line 28 from line 27. If the result is zero or less, enter -0- | 41,219. | | | 41,219. |
| 30 | Allowable losses in excess of stock basis. Enter the amount from line 47, column (d) . . . . . . . | 41,219. | | | 41,219. |
| 31 | **Debt basis at the end of the corporation's tax year.** Subtract line 30 from line 29. If the result is zero or less, enter -0- . . . . . . . . . . . | 0. | | | 0. |

### Section C—Gain on Loan Repayment

| | | | | | |
|---|---|---|---|---|---|
| 32 | Repayment. Enter the amount from line 19 . . . . | | 138. | | 138. |
| 33 | Nontaxable repayments. Enter the amount from line 26 | | 138. | | 138. |
| 34 | **Reportable gain.** Subtract line 33 from line 32 . . . | | 0. | | 0. |

| **Part III** | **Shareholder Allowable Loss and Deduction Items** |
|---|---|

| Description | **(a)** Current year losses and deductions | **(b)** Carryover amounts (column (e)) from the previous year | **(c)** Allowable loss from stock basis | **(d)** Allowable loss from debt basis | **(e)** Carryover amounts |
|---|---|---|---|---|---|
| 35 Ordinary business loss . . . . . . . . | 372,938. | | 124,889. | 41,088. | 206,961. |
| 36 Net rental real estate loss . . . . . . . | | | | | 0. |
| 37 Other net rental loss . . . . . . . . . | | | | | 0. |
| 38 Net capital loss . . . . . . . . . . | | | | | 0. |
| 39 Net section 1231 loss . . . . . . . . | | | | | 0. |
| 40 Other loss . . . . . . . . . . . | | | | | 0. |
| 41 Section 179 deductions . . . . . . . . | | | | | 0. |
| 42 Charitable contributions . . . . . . . | 1,185. | | 397. | 131. | 657. |
| 43 Investment interest expense . . . . . . | | | | | 0. |
| 44 Section 59(e)(2) expenditures . . . . . . | | | | | 0. |
| 45 Other deductions . . . . . . . . . | | | | | 0. |
| 46 Foreign taxes paid or accrued . . . . . . | | | | | 0. |
| 47 **Total loss.** Combine lines 35 through 46 for each column. Enter the total loss in column (c) on line 11 and enter the total loss in column (d) on line 30 . . . . . . . . . . | 374,123. | | 125,286. | 41,219. | 207,618. |

**BAA**                    REV 06/27/22 PRO        Form **7203** (12-2021)

Form **8582**

Department of the Treasury
Internal Revenue Service (99)

## Passive Activity Loss Limitations

▶ See separate instructions.
▶ Attach to Form 1040, 1040-SR, or 1041.
▶ Go to *www.irs.gov/Form8582* for instructions and the latest information.

OMB No. 1545-1008

**2021**

Attachment
Sequence No. **858**

Name(s) shown on return

KAREN CORBIN

Identifying number

3222

| **Part I** | **2021 Passive Activity Loss** |
|---|---|

**Caution:** Complete Parts IV and V before completing Part I.

**Rental Real Estate Activities With Active Participation** (For the definition of active participation, see *Special Allowance for Rental Real Estate Activities* in the instructions.)

| | | | |
|---|---|---|---|
| **1a** | Activities with net income (enter the amount from Part IV, column (a)) . . . | **1a** | |
| **b** | Activities with net loss (enter the amount from Part IV, column (b)) . . . . | **1b** ( | ) |
| **c** | Prior years' unallowed losses (enter the amount from Part IV, column (c)) . . | **1c** ( | ) |
| **d** | Combine lines 1a, 1b, and 1c . . . . . . . . . . . . . . . . | **1d** | |

**All Other Passive Activities**

| | | | |
|---|---|---|---|
| **2a** | Activities with net income (enter the amount from Part V, column (a)) . . . | **2a** | 0. |
| **b** | Activities with net loss (enter the amount from Part V, column (b)) . . . . | **2b** | −32,813. ) |
| **c** | Prior years' unallowed losses (enter the amount from Part V, column (c)) . . | **2c** | −29,480. ) |
| **d** | Combine lines 2a, 2b, and 2c . . . . . . . . . . . . . . . . | **2d** | −62,293. |

| **3** | Combine lines 1d and 2d. If this line is zero or more, stop here and include this form with your return; all losses are allowed, including any prior year unallowed losses entered on line 1c or 2c. Report the losses on the forms and schedules normally used . . . . . . . . . . . . . . . | **3** | −62,293. |
|---|---|---|---|

If line 3 is a loss and: • Line 1d is a loss, go to Part II.

• Line 2d is a loss (and line 1d is zero or more), skip Part II and go to line 10.

**Caution:** If your filing status is married filing separately and you lived with your spouse at any time during the year, **do not** complete Part II. Instead, go to line 10.

| **Part II** | **Special Allowance for Rental Real Estate Activities With Active Participation** |
|---|---|

**Note:** Enter all numbers in Part II as positive amounts. See instructions for an example.

| | | | |
|---|---|---|---|
| **4** | Enter the **smaller** of the loss on line 1d or the loss on line 3 . . . . . . . . | **4** | |
| **5** | Enter $150,000. If married filing separately, see instructions | **5** | |
| **6** | Enter modified adjusted gross income, but not less than zero. See instructions | **6** | |
| | **Note:** If line 6 is greater than or equal to line 5, skip lines 7 and 8 and enter -0- on line 9. Otherwise, go to line 7. | | |
| **7** | Subtract line 6 from line 5 | **7** | |
| **8** | Multiply line 7 by 50% (0.50). **Do not** enter more than $25,000. If married filing separately, see instructions | **8** | |
| **9** | Enter the **smaller** of line 4 or line 8 . . . . . . . . . . . . . . . . . | **9** | 0. |

| **Part III** | **Total Losses Allowed** |
|---|---|

| | | | |
|---|---|---|---|
| **10** | Add the income, if any, on lines 1a and 2a and enter the total . | **10** | 0. |
| **11** | **Total losses allowed from all passive activities for 2021.** Add lines 9 and 10. See instructions to find out how to report the losses on your tax return . . . . . . . . . . . . . . . | **11** | 0. |

| **Part IV** | **Complete This Part Before Part I, Lines 1a, 1b, and 1c.** See instructions. |
|---|---|

| Name of activity | Current year | | Prior years | Overall gain or loss | |
|---|---|---|---|---|---|
| | **(a)** Net income (line 1a) | **(b)** Net loss (line 1b) | **(c)** Unallowed loss (line 1c) | **(d)** Gain | **(e)** Loss |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Total.** Enter on Part I, lines 1a, 1b, and 1c ▶

For Paperwork Reduction Act Notice, see instructions.          **BAA**          REV 06/27/22 PRO          Form **8582** (2021)

Form 8582 (2021)                                                                                    Page **2**

**Part V**    **Complete This Part Before Part I, Lines 2a, 2b, and 2c.** See instructions.

| Name of activity | Current year | | Prior years | Overall gain or loss | |
| --- | --- | --- | --- | --- | --- |
| | **(a)** Net income (line 2a) | **(b)** Net loss (line 2b) | **(c)** Unallowed loss (line 2c) | **(d)** Gain | **(e)** Loss |
| 5345 W. Madison Street | 0. | 32,813. | 29,480. | | 62,293. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Total.** Enter on Part I, lines 2a, 2b, and 2c ▶ | 0. | 32,813. | 29,480. | | |

**Part VI**    **Use This Part if an Amount Is Shown on Part II, Line 9.** See instructions.

| Name of activity | Form or schedule and line number to be reported on (see instructions) | **(a)** Loss | **(b)** Ratio | **(c)** Special allowance | **(d)** Subtract column (c) from column (a). |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Total** . . . . . . . . . . . ▶ | | | **1.00** | | |

**Part VII**    **Allocation of Unallowed Losses.** See instructions.

| Name of activity | Form or schedule and line number to be reported on (see instructions) | **(a)** Loss | **(b)** Ratio | **(c)** Unallowed loss |
| --- | --- | --- | --- | --- |
| 5345 W. Madison Street | E Ln 22 | 62,293. | 1.00000000 | 62,293. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total** . . . . . . . . . . . ▶ | | 62,293. | **1.00** | 62,293. |

**Part VIII**    **Allowed Losses.** See instructions.

| Name of activity | Form or schedule and line number to be reported on (see instructions) | **(a)** Loss | **(b)** Unallowed loss | **(c)** Allowed loss |
| --- | --- | --- | --- | --- |
| 5345 W. Madison Street | E Ln 22 | 62,293. | 62,293. | 0. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total** . . . . . . . . . . . ▶ | | 62,293. | 62,293. | 0. |

REV 06/27/22 PRO                              Form **8582** (2021)

| Schedule 1 | **State and Local Income Tax Refund Worksheet** | **2021** |
|---|---|---|
| Line 1 | State and local taxes paid in 2020 or prior years and refunded in 2021 | |

| Name(s) Shown on Return | Social Security Number |
|---|---|
| KAREN CORBIN | ███3222 |

## Part I    State and Local Income Tax Refunds from 2020 Tax Returns

| 1 (a) State or Local Code | (b) Refund Amount | (c) Estimated Tax Paid After 12/31/2020 | (d) Extension Payments | (e) Total Payments and Withholding | (f) Refund Allocated to Column (c) | (g) Refund Allocated to Column (d) |
|---|---|---|---|---|---|---|
| IL | 3,935. | | | 6,886. | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Totals** . | 3,935. | | | 6,886. | | |

2 Total state and local refunds. Total line 1 column (b). . . . . . . . . . . . . . . . . . . . . . __3,935.__

3 Refund allocated to tax paid after 12/31/2020. Total line 1 columns (f) and (g).
  (Include net tax paid after 12/31/2020 on Schedule A, line 5a.) . . . . . . . . . . . . . . . . _____

4 Net refund. Line 2 less line 3. . . . . . . . . . . . . . . . . . . . . . . . . . . . . __3,935.__

## Part II    Recovery Amount

The **recovery amount** is the state and local income tax deducted in 2020 refunded in 2021.

5 Total state and local income tax deduction from line 5a of your 2020 Schedule A . . . . __6,886.__

6 **Recovery amount**. Lesser of line 4 or line 5. . . . . . . . . . . . . . . . . . . . . . . . __3,935.__

## Part III    Recovery Exclusion

The **recovery exclusion** is the part of the recovery amount which did **not** reduce tax in 2020.

7 **Recovery exclusion from sales tax deduction, SALT limitation and standard deduction:**

  **a** Allowable itemized deductions, from 2020 Schedule A, line 17 . . . . . . . . . . . . . . __43,778.__

  **b** Allowable itemized deductions, refigured by excluding recovery amount:

  **(1)** Refigured state and local tax deduction (Schedule A, line 5a):

  **(a)** Refigured state income tax deduction . . . . . . . . . . . . . __2,951.__

  **(b)** Sales tax deduction . . . . . . . . . . . . . . . . . . . . . __1,315.__

  **(c)** Refigured deduction. Larger of (a) or (b) . . . . . . . . . . __2,951.__

  **(2)** Refigured total itemized deductions. . . . . . . . . . . . . . . __43,778.__

  **(3)** Refigured allowable itemized deductions from line 7b(2) . . . . . . . . . . . . . . . __43,778.__

  **c** 2020 standard deduction based on 2020 filing status and deductions. . . . . . . . . . . __14,050.__

  **d** Larger of lines 7b(3) or 7c. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . __43,778.__

  **e** Subtract line 7d from line 7a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . __0.__

  **f** Subtract line 7e from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . __3,935.__

8 **Recovery exclusion from negative taxable income.** If 2020 taxable income
  was negative, enter here as a positive number, else enter zero. . . . . . . . . . . . . . __0.__

9 **Recovery exclusion from alternative minimum tax.** If no alternative minimum
  tax (AMT) in 2020 enter zero. If did pay AMT in 2020, enter amt from line 24 . . . . . . __0.__

10 **Recovery exclusion from unused tax credits.** If no unused credits in 2020,
  enter zero. If there were unused credits in 2020, enter amount from line 35. . . . . . . __0.__

11 **Total recovery exclusion.** Add lines 7f, 8, 9, and 10. . . . . . . . . . . . . . . . . . __3,935.__

## Part IV    Taxable Refund

The **recovery amount** less the **recovery exclusion** is a **taxable refund**.

12 **Taxable refund from 2020.** Line 6 less line 11. . . . . . . . . . . . . . . . . . . . . __0.__

13 Total taxable refunds from **2019** or prior tax returns. Total line 36 column (d). . . . . _____

14 **Total taxable refunds.** Add lines 12 and 13. Enter here and on Schedule 1, line 1 . . . __0.__

KAREN CORBIN                                                            ███3222                    1

# Smart Worksheets from your 2021 Federal Tax Return

SMART WORKSHEET FOR: Schedule A: Itemized Deductions

---

### State and Local Taxes Smart Worksheet

Enter sales tax information below.  The greater of sales taxes from line **I** plus line **J,** or income taxes on line **K,** will flow to line 5. See Help.

| | | |
|---|---|---:|
| **A** | Income from Form 1040, line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 29,749. |
| **B** | Nontaxable income entered elsewhere on return . . . . . . . . . . . . . . . . . . . | 24,754. |
| **C** | Available income: 2020 refundable credits in excess of tax . . . . . . . . . . . . . | 0. |
| **D** | **Enter** any additional nontaxable income . . . . . . . . . . . . . . . . . . . . . . | |
| **E** | Total available income for sales taxes . . . . . . . . . . . . . . . . . . . . . . . | 54,503. |
| **F** | Sales tax table information: | |

Enter total (combined) state and local sales tax rate in column (d) for each state listed in column (a).

If AZ, CO, LA, MS, NY or SC column (a):

    **QuickZoom** to Misc Global Options to enter default locality . . . . . . . . . . . . . . . . ▶

**or**  Double-click in column (d) to select your locality for each state entered.

| (a) ST | (b) Lived in State From | (c) Lived in State To | (d) **Enter** Total Tax Rate | (e) State Tax Rate (%) | (f) Local Tax Rate (%) | (g) State Table Amount | (h) Local Sales Taxes | (i) Prorated or Total Amount |
|---|---|---|---|---|---|---|---|---|
| IL | 01/01/21 | 12/31/21 | 9.2500 | 6.2500 | 3.0000 | 575. | 282. | 857. |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---:|
| | Total general sales taxes from table . . . . . . . . . . . . . . . . | 857. |
| **H** | **Enter** additions to table amount (motor vehicle, boat) . . . . . . | |
| **I** | Total sales taxes from table plus additions to table amount . . . . . . . . . . . . . . | 857. |
| **J** | **Enter** actual sales taxes paid (in lieu of table amount) . . . . . . . . . . . . . . . . | |
| **K** | Total income taxes paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9,526. |

**KAREN CORBIN**                                                                                    ███3222          **2**

SMART WORKSHEET FOR: Schedule A: Itemized Deductions

---

### Mortgage Interest and Points Smart Worksheet

**A**   Enter a description and an amount for fully deductible mortgage interest and points. Check the box if the mortgage was sold to another lender, or the mortgage has been paid off; the lender's name will **not** transfer to next year's return.

Check the box if the mortgage interest and/or points are **not** reported on Form 1098.

**Note:**   When the points must be deducted over the life of the loan, enter this information on the Other Points Smart Worksheet.

If the interest deduction may be limited, enter all information on the Deductible Home Mortgage Interest Worksheet instead.

**QuickZoom** to Deductible Home Mortgage Interest Worksheet . . . . . . . . . . . . . . . . ▶ _____

| Lender's Name/Description | Deductible Mortgage Interest | Fully Deductible Points | Paid Off | **Not** on Form 1098 |
|---|---|---|---|---|
| RUSHMORE  LOAN  MANAGEMENT | 2,497. | | ☐ | ☐ |
| | | | ☐ | ☐ |

---

SMART WORKSHEET FOR: Schedule A: Itemized Deductions

| | |
|---|---|
| **A** | **Adjust Home mortgage interest and points reported on Form 1098:** |
| **1** | Total home mortgage interest and points from 1098's from detail. . . . . . . . . . . . . 2,497. |
| **2** | Enter amount to deduct on Line 8a if different. . . . . . . . . . . . . . . . . . . . . . _____ |

**KAREN CORBIN**                                                            3222        3

SMART WORKSHEET FOR: Schedule A: Itemized Deductions

### Cash Contributions Smart Worksheet

**A** Miles driven for charitable purposes:
  **1** All miles for:
    **a** To perform charitable service . . . . . . . . . . . . . . . . . _____
    **b** To deliver noncash contributions . . . . . . . . . . . . . . . _____
    **c** Total. Add lines a and b . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
**B** Cash contributions, enter name of charity, type of charity, and amount:

| Name of charity | Type | Amount |
|---|---|---|
| THE POTTER'S HOUSE |  | 1,816. |
| From K-1: CORBIN CORBIN FUNERAL CHAPELS, INC. | A | 1,185. |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

SMART WORKSHEET FOR: Schedule B: Interest and Dividend Income

### Interest Income Smart Worksheet

| Payer's Name | Box 1 | | Box 2 | Box 3 | Box 8 | | Box 9 |
|---|---|---|---|---|---|---|---|
| **Double-Click** on Payer to enter **additional** info | Interest Inc. OID Int* | Typ Int* | Early Withdraw Penalty | US Savings Bond/Treas. Obligations | Tax-exempt Interest | ST ID | Private Activity Bond |
| STATE FARM LIFE INSURANCE |  |  |  |  |  |  |  |
|  | 1,250. |  |  |  |  |  |  |
| NEW YORK LIFE |  |  |  |  |  |  |  |
|  | 130. |  |  |  |  |  |  |
| CHASE |  |  |  |  |  |  |  |
|  | 80. |  |  |  |  |  |  |
| BMO HARRIS |  |  |  |  |  |  |  |
|  | 50. |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

**KAREN CORBIN**                                                                    ▇3222          4

SMART WORKSHEET FOR: Schedule B: Interest and Dividend Income

| Payer's Name **Double-Click** on Payer to enter **additional** info | Box 1a Total Ordinary Dividends | Box 1b Qualified Dividends | Box 2a Capital Gain Distribution | Box 2b Unrecap. Sec 1250 | Box 3 Nondividend Distributions |
|---|---|---|---|---|---|
| **Dividend Income Smart Worksheet** | | | | | |
| MET LIFE C0010874939 | 258. | 258. | | | |
| MET LIFE C0010874921 | 298. | 298. | | | |
| MET LIFE C0010873673 | 19. | 19. | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SMART WORKSHEET FOR: Schedule E: Supplemental Income and Loss -- Form 6198 (S Corporation Schedule K-1  CORBIN CORBIN FUNERAL CHAPELS, INC.  36-3869619): At-Risk Limitations

**Disallowed Losses Smart Worksheet**

|   |   |   | Total Loss | Disallowed Loss | Allowed Loss |
|---|---|---|---|---|---|
| A | Line 1 | Ordinary loss . . . . . . . . . | -372,938. | 250,895. | -122,043. |
| B | Line 2a | Schedule D loss . . . . . . . . | | | |
| C | Line 2b | Form 4797 loss . . . . . . . . . | | | |
| D | Line 2c | Other loss . . . . . . . . . . . | | | |
| E | Line 3 | Other loss from K-1 . . . . . . . | | | |
| F | Line 4 | Other deduction or loss . . . . . | | | |
| G | | Total . . . . . . . . . . . . . . . . . . . . | -372,938. | 250,895. | -122,043. |
| H | | Income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 0. |
| I | | Deductible Loss (Form 6198, line 21) . . . . . . . . . . . . . . . . . . . . . | | | -122,043. |
| J | | Disallowed Percentage . . . . . . . . . . . . . . . . . . . . . . | | 67.2753 | |

**KAREN CORBIN**  ▮3222                   5

SMART WORKSHEET FOR: State and Local Income Tax Refund Worksheet

---

### 2020 Federal Form 1040 Information Smart Worksheet

Use this worksheet to compute taxable refund amount? . . . . . . . . . . ▶ ☒ Yes ☐ No
If no, skip this Smart Worksheet.  Total refunds from Line 1 column (b) will be reported as income.

**A** Did you itemize deductions in 2020? . . . . . . . . . . . . . . . ▶ ☒ Yes ☐ No
If no, none of your refund from 2020 is reportable as income.  Do not complete the
remainder of this worksheet.

**B** Enter the amount from your 2020 Schedule A, line 5a, State and local tax . . . . . . . . . .   6,886.
If none, enter zero, and do not complete the remainder of this worksheet.

**C** Which type of taxes were deducted on your 2020 Schedule A, line 5a?
  **1** Income taxes . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☒
  **2** General sales taxes (2020 Schedule A, box 5a, was checked) . . . . . . . ☐
  **3** Not applicable . . . . . . . . . . . . . . . . . . . . . . . ☐
If general sales taxes were deducted, none of the refund from 2020 is reportable
as income.  Do not complete the remainder of this worksheet.

**D** Enter the deduction for general sales taxes that could have been taken in 2020
if you know that amount . . . . . . . . . . . . . . . . . . . . . . .   1,315.

**E** What was your filing status for 2020?
  ☒ Single
  ☐ Married filing jointly
  ☐ Married filing separately
  ☐ Married filing separately and your spouse itemized deductions
  ☐ Head of household
  ☐ Qualifying widow(er)

**F** Could be claimed as a dependent by someone else in 2020? . . . . ▶ ☐ Yes ☒ No

**G** If yes, enter your earned income for 2020 . . . . . . . . . . . . . . . . . . . . . . . _____

**Enter the following amounts from your 2020 Form 1040:**

**H** Line 11, Adjusted gross income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   113,766.

**I** Line 12, Itemized deductions or standard deduction . . . . . . . . . . . . . . . . . . . . .    43,778.

**J** Total number of boxes checked under Standard deduction for age and blindness . .   1

**K** Line 15, Taxable income.  Line K less line L (if less than zero, enter as negative). . . . . . . .    69,988.

**L** Line 16, Tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    11,147.

**M** Sch 2, Line 1, Alternative minimum tax . . . . . . . . . . . . . . . . . . . . . . . . . .         0.

**N** Sch 2, Line 2, Excess advance premium tax credit repayment . . . . . . . . . . . . . . . .

**O** Line 18, Total tax before credits . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    11,147.

**P** Line 22, Total tax after credits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    11,147.

**Enter the following amounts from your 2020  Schedule A, Itemized Deductions:**

**Q** Line 7, Taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    10,000.
  **1** Line 5b, State and local real estate taxes . . . . . . . . . . . . . . . . . . . . . . . . .    17,469.
  **2** Line 5c, State and local personal property taxes . . . . . . . . . . . . . . . . . . . . . .         0.
  **3** Line 5e, State and local taxes after limitation . . . . . . . . . . . . . . . . . . . . . . .    10,000.

**KAREN CORBIN** ████3222                                                    1

# Additional information from your 2021 Federal Tax Return

### Schedule A: Itemized Deductions
**Ln 5b(c), Other RE taxes**                                    **Itemization Statement**

| Description | Amount |
|---|---|
| 2613 SPRING HILL, KISSIMMEE | 3,159. |
| 2609 SPRING HILL KISSIMMEE | 3,560. |
| **Total** | **6,719.** |

### Schedule E: Supplemental Income and Loss
**Line 19 Other Expenses: Property (1)**                        **Continuation Statement**

| Expense Description | Amount |
|---|---|
| GROUNDS UPKEEP | 3,980. |
| SECURITY | 38,053. |
| **Total** | **42,033.** |

### Schedule E: Supplemental Income and Loss -- Form 6198 (S Corporation Schedule K-1  CORBIN CORBIN FUNERAL CHAPELS, INC. ████): At-Risk Limitations
**Line 7**                                                      **Itemization Statement**

| Description | Amount |
|---|---|
| TAX EXEMPT INCOME | 121,732. |
| **Total** | **121,732.** |

### Schedule E: Supplemental Income and Loss -- Form 6198 (S Corporation Schedule K-1  CORBIN CORBIN FUNERAL CHAPELS, INC. ████): At-Risk Limitations
**Line 9**                                                      **Itemization Statement**

| Description | Amount |
|---|---|
| 50% M&E | 2,058. |
| CHARITY | 1,185. |
| **Total** | **3,243.** |